IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEANTHONY TREADWELL, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-101-HL-TQL |
| | * |
| LAKEISHA WHITEHEAD, et al, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 28, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of November, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk